UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 21 CR 64 |
| | ) | |
| ANDRZEJ LAJEWSKI, et al. | ) | Judge Martha M. Pacold |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendants Agnieszka Siekowski and Aldona Bobrowicz, through their attorneys, Eric Pruitt, Robert Fisher, and Katherine Levine, respectively, hereby submit the following Joint Status Report:

1.      On January 28, 2021, an indictment was filed charging defendants with multiple counts of financial institution fraud, in violation of Title 18, United States Code, Section 1344. Dkt. 1.

2.      On February 17, 2021, defendants appeared before the Court by video conference for an initial appearance and arraignment. The defendants were granted bond with conditions.

3.      On September 21, 2021, the Court ordered the parties to file a Joint Status Report by November 17, 2021. Time was excluded through and including that date.

4.      The government has tendered all discovery in this matter.

5.      On November 12, 2021, counsel for the government conferred with

1

defense counsel. Defense counsel is still reviewing the discovery materials and would like additional time to consider whether pre-trial motions will be filed. The parties request that the Court set this matter over for a Joint Status Report to be filed in or about 60 days, at some point in mid-to-late January. Counsel for both defendants have no objection to the exclusion of time under the Speedy Trial Act to continue to review discovery and consider whether pre-trial motions will be filed.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:     s/ *Jason A. Yonan*
        JASON A. YONAN
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-0708

Dated: November 17, 2021